UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTIN COVINGTON, an individual, and WENDY BUCK, and individual,<br><br>Plaintiff,<br><br>v.<br><br>GERMAN WISE DENTAL LLC dba LOWER COLUMBIA ORAL HEALTH, a Washington limited liability company, and SAM WISE, an individual,<br><br>Defendant. | CASE NO. C20-CV-06173-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren J. King, United States District Judge:

(1) The Court has received the parties' second proposed Joint Pretrial Order. Dkt. No. 48. The "Issues of Law" identified therein are evidentiary issues that should have been filed as motions *in limine*. Although the parties did not timely file motions *in limine* addressing these issues, the Court will allow the parties to do so now to efficiently dispose of these pretrial matters and avoid potentially wasting the jury's time. Any

such motions must be filed by April 22, 2022 and comply with Local Rule 7. The failure to file a motion *in limine* on the evidentiary issues set forth in the "Issues of Law" section in Docket Entry 48 may result in sanctions, an adverse ruling, and/or a waiver of the issue(s).

(2) Because the "Issues of Law" identified in the parties' second proposed Joint Pretrial Order identify evidentiary issues that should have been filed as motions *in limine* rather than issues that should be decided at trial, the parties are hereby ordered to file a second amended pretrial order that properly identifies issues of law to be decided at trial by April 22, 2022. The Court notes that numerous examples of compliant proposed pretrial orders are available in the CM/ECF system. *See, e.g., Kingston v. International Business Machines Corporation*, 2:19-cv-01488-MJP, Dkt. No. 100; *Goldstine v. FedEx Freight, Inc.*, 18-1164 MJP, Dkt. No. 296.

(3) The parties must submit their proposed trial exhibits by April 22, 2022. Exhibits must be submitted in accordance with Local Civil Rule 16 and the Court's chambers procedures for handling exhibits, which can be found on the Court's website:

[KingStandingOrderReCivilCases.pdf (uscourts.gov)](...)

Dated this 8th day of April, 2022.

                                                Ravi Subramanian
                                                Clerk

                                                */s/Natalie Wood*
                                                Deputy Clerk