UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUSTIN COVINGTON, an individual, and WENDY BUCK, an individual,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>GERMAN WISE DENTAL LLC dba LOWER COLUMBIA ORAL HEALTH, a Washington limited liability company, and SAM WISE, an individual,<br><br>　　　　　　　　Defendants. | CASE NO. C20-06173-LK<br><br>ORDER GRANTING MOTION FOR LEAVE TO APPEAR FOR PURPOSES OF LIMITED ENGAGEMENT |

　　　　This matter comes before the Court on Defendants' motion for leave to allow Brian J. Waid of Waid Law Office, PLLC to appear in this case for the limited purpose of responding to the motion to withdraw filed by Defendants' counsel Eric Helmy and NW Business Law LLC (collectively referred to herein as "Helmy"). Dkt. No. 60. For the reasons set forth below, the Court grants the motion.

　　　　On April 15, 2022, Helmy filed a motion to withdraw from his representation of Defendants. Dkt. No. 58. Waid then filed a notice of limited appearance on behalf of Defendants,

ORDER GRANTING MOTION FOR LEAVE TO APPEAR FOR PURPOSES OF LIMITED ENGAGEMENT - 1

1  Dkt. No. 57, and the motion for leave to appear for the limited purpose of opposing Helmy's
2  motion to withdraw, Dkt. No. 60.

3        Washington Rule of Professional Conduct ("RPC") 1.2(c) provides that "[a] lawyer may
4  limit the scope of the representation if the limitation is reasonable under the circumstances and the
5  client gives informed consent." Waid asserts that he cannot appear fully for Defendants in this case
6  "in part because of the RPC 3.7 disqualification that he would encounter in *Wise v. Eskow*," Case
7  No. C22-05033-DGE—a related case in which Waid represents Dr. Wise—"if he were to
8  undertake representation in this case." Dkt. No. 60 at 2. He also avers that Defendants have
9  consented to his limited representation of them in this matter. Dkt. No. 61 at 2. The limitation on
10 representation is reasonable under the circumstances to allow Defendants to respond to Helmy's
11 motion through counsel.

12       Neither Helmy nor Plaintiffs have responded to this motion. Pursuant to Local Civil Rule
13 7, the Court construes their non-opposition as an admission that the motion has merit. LCR 7(b)(2).

14       For all of those reasons, the Court GRANTS Defendants' unopposed motion, Dkt. No. 60,
15 and ORDERS that Brian J. Waid of Waid Law Office, PLLC is authorized to appear in this matter
16 for the limited purpose of opposing the motion to withdraw filed by Defendants' attorney, Eric
17 Helmy of NW Business Law, LLC. The Court will consider the objection to Helmy's motion to
18 withdraw that Waid filed on behalf of Defendants. Dkt. Nos. 65, 66.

19       Dated this 3rd day of May, 2022.

20

21                                               Lauren King
                                              United States District Judge

22

23

24